UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY LEE HUSKEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-1012-CAS |
| | ) | |
| MATT BLUNT, MISSOURI BOARD OF | ) | |
| PROBATION AND PAROLE, | ) | |
| AND DANA THOMPSON, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF TRANSFER**

**IT IS HEREBY ORDERED** that the instant complaint is **TRANSFERRED** to the United States District Court for the Western District of Missouri, pursuant to 28 U.S.C. § 1406(a).

Dated this 11th day of August, 2005

_____
**UNITED STATES DISTRICT JUDGE**